UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARMAINE WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 13-2475 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION "N" (4) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on March 5, 2014, was filed:

> **"Motion to Dismiss, or Alternatively, for Summary Judgment (Rec. Doc. 11), filed by Jeh Johnson, Secretary for the U.S. Department of Homeland Security ("DHS") and W. Craig Fugate, Administrator of the Federal Emergency Management Agency (collectively "FEMA").**

Further, the Court finds that the motion has merit. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss, or Alternatively, for Summary Judgment filed by the defendant **(Rec. Doc. 11)**, is hereby **GRANTED**, and the plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 7th day of March, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**